IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PAULA M. WILSON, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Civil No. 19-cv-1357-MAB ) |
| COMMISSIONER of SOCIAL SECURITY, | ) ) ) |
| Defendant. | ) ) |

## JUDGMENT IN A CIVIL CASE

**IT IS ORDERED AND ADJUDGED** that, pursuant to an Order entered by United States Magistrate Judge Mark A. Beatty (Doc. 23), the Commissioner's final decision denying plaintiff's application for social security disability benefits is **REVERSED and REMANDED** to the Commissioner for rehearing and reconsideration of the evidence, pursuant to sentence four of 42 U.S.C. § 405(g).

Judgment is entered in favor of plaintiff Paula M. Wilson and against defendant Commissioner of Social Security.

DATED:   September 10, 2020

                                            **MARGARET M. ROBERTIE**
                                            **Clerk of Court**

                                            **BY:**   Angie Vehlewald
                                                      **Deputy Clerk**

**Approved:**
**s/ Mark A. Beatty**
**Mark A. Beatty**
**U.S. Magistrate Judge**