IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PAULA M. WILSON, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Civil No.  19-cv-1357-MAB ) |
| COMMISSIONER of SOCIAL SECURITY, | ) ) ) ) |
| Defendant. | ) |

### ORDER FOR ATTORNEY'S FEES

**BEATTY, Magistrate Judge:**

Before the Court is the parties' Joint Motion to Award of Attorney Fees and Costs. (Doc. 25).

The parties agree that Plaintiff is entitled to an award of attorney's fees in the amount of $9,066.94.

The Court finds that Plaintiff is the prevailing party and is entitled to an award of attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412(d)(1)(B). The Court further finds that the agreed upon amount is reasonable and appropriate. Per the parties' agreement, this award shall fully and completely satisfy any and all claims for fees that may have been payable to Plaintiff in this matter pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. Plaintiff shall seek costs separately.

The parties' Joint Motion to Award of Attorney Fees and Costs (Doc. 25) is **GRANTED**. The Court awards Plaintiff the sum of $9,066.94 (nine thousand sixty-six

dollars and ninety-four cents) for attorney's fees and pursuant to the Equal Access to Justice Act. These funds shall be payable to Plaintiff, per *Astrue v. Ratliff*, 560 U.S. 586 (2010). *See also Harrington v. Berryhill*, 906 F.3d 561 (7th Cir. 2018). However, in accordance with the parties' agreement, any part of the award that is not subject to set-off to pay Plaintiff's pre-existing debt to the United States shall be made payable to Plaintiff's attorney pursuant to the EAJA assignment previously executed by Plaintiff and counsel.

**IT IS SO ORDERED.**

**DATED: September 29, 2020**

**/s/ Mark A. Beatty**
**MARK A. BEATTY**
**United States Magistrate Judge**